# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144819

JUDY HOTCHKISS,
          Plaintiff-Appellant,

v

CLAY TOWNSHIP BOARD, CLAY
TOWNSHIP CHIEF ASSESSOR, and CLAY
TOWNSHIP PLANNING COMMISSION,
          Defendants-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144819
COA: 302981
St Clair CC: 09-003298-CZ

On order of the Court, the application for leave to appeal the March 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

t0618